**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 29, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00191-CV

---

### CYNTHIA STERNBERG, Appellant

### V.

### LYDIA MARRERO LANGSTON TRUST, KATHERINE LANGSTON STOETZEL, JAMES WRIGHT LANGSTON, JR., KENNETH LOUIS LANGSTON, AND DR. JAMES WRIGHT LANGSTON, Appellees

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-67767**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 9, 2015. On October 23, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered **dismissed**.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.